**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**LARRY WAYNE HEBERT,**

      **Petitioner,**

**v.**                                 **Case No.:  3:11cv37/MCR/EMT**

**KENNETH S. TUCKER,**

      **Respondent.**
_____/

## ORDER

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated February 14, 2012 (doc. 48).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a de novo determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.     The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.     The petition for writ of habeas corpus (doc. 10) is **DENIED**.

3.     A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 4th day of April, 2012.


s/ *M. Casey Rodgers*
_____
**M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE**